# United States District Court

_____ DISTRICT OF _____

TRANS PACIFIC EXPORT COMPANY, LLC

V.

MARY ANN S. MILNE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05 - 0032

FILED
Clerk
District Court

NOV 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)

Mary Ann S. Milne
Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Smith & Williams
PO Box 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

_[signature]_
(BY) DEPUTY CLERK

OCT 3 1 2005
DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE OCTOBER 31, 2005 |
| NAME OF SERVER (PRINT) ELMER C. BARROGO | TITLE COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): MARY ANN S. MILNE'S ATTORNEY, O CONNOR BERMAN DOTTS & BANES LAW OFFICES THROUGH LOLITA BARROS (employee).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on NOVEMBER 01, 2005
Date

Signature of Server

P.O. BOX 5133 CHRB
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.