**MICHAEL W. DOTTS, Esq.**
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Defendant Mary Ann S. Milne*

FILED
Clerk
District Court

DEC -2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, LLC, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> MARY ANN S. MILNE, ) <br> ) <br> **Defendant.** ) <br> ) | CIVIL CASE NO. 05-0032 <br><br><br><br> PROOF OF SERVICE |

The undersigned does hereby certify that a copy of **MEMORANDUM IN SUPPORT OF MOTION TO DISMISSS and NOTICE OF MOTION AND MOTION TO DISMISS** were served as follows:

By hand delivery on December 1, 2005 upon:

Maria Gracia Boongaling for Eric Smith, Esq.
Former Mai Thai Building
Garapan, Saipan, MP 96950

Dated this 2nd day of December, 2005.

_____
Rosemarie G. Agulto

*2018-04-051202-Proof(ESmith)-leb*