```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                  DEC 1 6 2005

                                              For The Northern Mariana Islands
              IN THE U.S. DISTRICT COURT By_____
                        FOR THE                    (Deputy Clerk)
               NORTHERN MARIANA ISLANDS
```

|  |  |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> MARY ANN S. MILNE, <br><br> Defendant(s). | CIVIL ACTION NO. CV- 05-0032 <br><br><br> **PROOF OF SERVICE** |

I hereby declare, under penalty of perjury, that on the ___15th___ day of ___DECEMBER___, 2005, at ___4:38___ a.m./(p.m.) I personally served upon ___O'CONNOR BERMAN DOTTS & BANES LAW OFFICES___, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☑ Other (specify) ___MEMORANDUM IN OPPOSITION OF MOTION TO DISMISS_____

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

1 | ☐ By delivering it to JENNIFER BAUTISTA, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

2

3 | The place where said service was made was: NAURU Bldg. Susupe, Saipan

4 | The charge for service was: $20.00

5 | Dated: DECEMBER 16, 2005

6

7

8

9 | _____
   | ELMER BARROGO

10

11 | Hearing Date: DECEMBER 29, 2005   9:00 Am

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28