FILE NO. 87-0612

87 MAR 6 A10:05

BOOK _____

COMMONWEALTH RECORDER

## SUBLEASE AGREEMENT

THIS SUBLEASE AGREEMENT, made and entered into as of this 1st day of October, 1986, by and between MARY ANN S. MILNE, of Saipan, Northern Mariana Islands, hereinafter referred to as "Lessee", and TRIPLE J SAIPAN, INC., a corporation organized under the laws of the Northern Mariana Islands, hereinafter referred to as "Sublessee".

WITNESSETH:

WHEREAS Lessee herein is the same Lessee of that certain Lease, hereinafter referred to as the "basic lease," dated February 4, 1980, filed with the Clerk of Court as Lease Agreement No. 835, at book 1, page 20, on February 6, 1980, between Concepcion F. Tudela and Jacinto K. Faisao, as Lessors, and Ernest Milne and Lessee herein as Lessees, as amended by the Amendment of Lease dated July 24, 1980, filed with the Clerk of Courts on August 7, 1980, and as amended by the Amendment to Lease dated August 13, 1986, filed with the Commonwealth Recorder on August 15, 1986, as file no. 86-1664, book 1, page 190, demising the within described real property to Lessee herein for a term of years ending January 31, 2030;

FILE NO. 87-1741

87 MAY 29 A10:28

SUBLEASE AGREEMENT

BOOK 2  59

COMMONWEALTH RECORDER

THIS SUBLEASE AGREEMENT made and entered into as of the 21st day of March, 1987, by and between MARY ANN S. MILNE, of Saipan, Northern Mariana Islands, hereinafter referred to as "Lessee", and TRIPLE J SAIPAN, INC., a corporation organized under the laws of the Northern Mariana Islands, hereinafter referred to as "Sublessee".

WITNESSETH:

WHEREAS Lessee herein is the same Lessee of that certain Lease, hereinafter referred to as the "basic lease," from Concepcion P. Tudela, Lessor, dated July 16, 1986, filed with the Commonwealth Recorder on July 17, 1986, as file no. 86-1437, book 1, page 186, demising the within described real property to Lessee herein for a term of years ending January 31, 2030;

NOW, THEREFORE, IN CONSIDERATION of the payment of rent and of the covenants, terms and conditions hereinafter provided, the parties agree as follows:

1. DESCRIPTION OF PROPERTY. Lessee does hereby demise and sublease unto Sublessee, and Sublessee subleases and hires from Lessee, the real property situated in Garapan, Saipan, Northern Mariana Islands, more particularly described as follows:

Page 1

FILE NO. 87-1742

87 MAY 29 A10:30

BOOK _____

## LEASE AGREEMENT

THIS LEASE AGREEMENT, made and entered into as of the 21st day of March, 1987, by and between MARY ANN S. MILNE, of Saipan, Northern Mariana Islands, hereinafter referred to as "Lessor", and TRIPLE J SAIPAN, INC., a corporation organized under the laws of the Northern Mariana Islands, hereinafter referred to as "Lessee".

WITNESSETH:

IN CONSIDERATION of the payment of rent and of the covenants, terms and conditions hereinafter provided, the parties agree as follows:

1. DESCRIPTION OF PROPERTY. Lessor does hereby demise and lease unto Lessee, and Lessee leases and hires from Lessor, the real property situated in Garapan, Saipan, Northern Mariana Islands, more particularly described as follows:

> Lot 1925-2, containing 1,733 square meters, more or less, as described and depicted on the Plat filed with the Commonwealth Recorder on July 17, 1985, at Book 1, Page 117, File No. 85-1318.

TOGETHER with the improvements thereon and the appurtenances, and all right, title, and interest of Lessor in

page 1

FILE NO. 87-1743

## LEASE AGREEMENT

87 MAY 29 A10 : 32

THIS LEASE AGREEMENT, made and entered into as of the 21st day of March, 1986, by and between MARY ANN S. MILNE, of Saipan, Northern Mariana Islands, hereinafter referred to as "Lessor", and TRIPLE J SAIPAN, INC., a corporation organized under the laws of the Northern Mariana Islands, hereinafter referred to as "Lessee".

WITNESSETH:

IN CONSIDERATION of the payment of rent and of the covenants, terms and conditions hereinafter provided, the parties agree as follows:

1. DESCRIPTION OF PROPERTY. Lessor does hereby demise and lease unto Lessee, and Lessee leases and hires from Lessor, the real property situated in Garapan, Saipan, Northern Mariana Islands, more particularly described as follows:

> All that part of Lot 1925-5, as said lot is described and depicted on the Plat filed with the Commonwealth Recorder on July 17, 1985, at Book 1, Page 117, File No. 85-1318, lying northerly of the line beginning at a point on the westerly line of said lot having plane grid coordinates of North 56,945.59 and East 50,534.57 (being the southeast corner of Lot 1925-3) running South 81° 24' 27" East a distance of 29.84 meters to the easterly boundary of Lot 1925-5, containing 1,314 square meters, more or less.

page 1

LEASE AGREEMENT FOR

RENTAL CAR CONCESSION

88-379

## SAIPAN INTERNATIONAL AIRPORT

THIS LEASE AGREEMENT is made and entered into this __1st__ day of __OCTOBER__, 19_87_, by and between the Commonwealth Ports Authority, hereinafter referred to as "AUTHORITY" and _____ __TRIPLE J SAIPAN INC. dba THRIFTY RENT A CAR__ _____ a corporation organized under the laws of ____CNMI____ _____ with its principal office and address being _____ ____P.O. Box 487, Saipan, CM 96950_____, hereinafter designated as "Company".

### W I T N E S S E T H:

WHEREAS, Authority controls, operates and maintains an air terminal complex on Saipan International Airport (hereinafter referred to as "Airport"); and

WHEREAS, Authority desires to provide for the establishment and operation of motor vehicle rental services at the car rental concession building of the airport (hereinafter referred to as the "Complex") as a necessary service to the travelling public; and

WHEREAS, Company desires to make said service available at the Airport and is qualified, ready and able to perform or see to the performance of said service, and to furnish or see to the furnishing of facilities for use in connection therewith.

NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AS FOLLOWS:

FILE NO. 88-1184

88 APR 12 P3:19

COMMONWEALTH OF THE NORTHERN )
MARIANA ISLANDS             ) S.S.    SUBLEASE AGREEMENT
SAIPAN, MARIANA ISLANDS     )

This Sublease Agreement made in Saipan, Commonwealth of the Northern Mariana Islands on 20 NOV 1987 1987 by REM International, Inc., a Commonwealth of the Northern Mariana Islands corporation, hereinafter referred to as "Sublessor" and Triple J Saipan Corporation, also a Commonwealth of the Northern Mariana Islands corporation, hereinafter referred to as "Sublessee."

WHEREAS, the Sublessor represents and warrants that the Marianas Public Land Corporation, hereinafter referred to as "MPLC," by the Lease Agreement dated August 13, 1985, a copy of which is hereto attached as Exhibit A and made an integral part hereof, and which shall henceforth be referred to as prime lease leased to Sublessor Lot 025 E 01 located in Puerto Rico, Saipan, Mariana Islands, together with all existing improvements thereon and appurtenances thereto.

WHEREAS, the Sublessor further represents and warrants that the prime lease is now in full force and effect and shall remain so throughout the term hereof, and that the Sublessor has full right, power and authority to sublet the premises.

FILE NO. 88-2186

# LEASE AGREEMENT

88 JUL 11 P1 48

This Lease Agreement, is made and entered into this 2nd day of July, 1988, by and between Dr. Ignacio T. dela Cruz, of Saipan, Mariana Islands, hereinafter referred to as Lessor, and TRIPLE J SAIPAN, INC., a CNMI corporation, whose local post office address is P.O. Box 487, Saipan, Mariana Islands, hereinafter referred to as Lessee:

WITNESSETH:

In consideration of the mutual agreements and promises hereinafter set forth and the mutual benefits to be derived therefrom, the Lessor and the Lessee agree to the covenants, terms and conditions, to wit:

1. Grant of Premises: Lessor hereby leases to Lessee, and Lessee leases from Lessor, the following described house and premises in Chalan Kanoa, Saipan, Mariana Islands, viz:

> Lot 008 H 25, which lot is more particularly described on the Division of Lands and Surveys Official Cadastral Plat Number 008 H 00 dated January 19, 1971.

The said lot contains a one-story, unfurnished concrete block house with concrete roof, one kitchen, one dining room, two bathrooms with two medicine cabinets, a living room, four bedrooms with closets, and a garage.

1

FILE NO. 88-2543

88 AUG 15 P2 08

| COMMONWEALTH OF THE NORTHERN | ) | | |
|---|---|---|---|
| MARIANA ISLANDS | ) | S.S. | SUBLEASE AGREEMENT |
| SAIPAN, MARIANA ISLANDS | ) | | |

This Sublease Agreement made in Saipan, Commonwealth of the Northern Mariana Islands on June 27, 1988 by REM International, Inc., a Commonwealth of the Northern Mariana Islands corporation, hereinafter referred to as "Sublessor" and Triple J Saipan Corporation, also a Commonwealth of the Northern Mariana Islands corporation, hereinafter referred to as "Sublessee."

WHEREAS, the Sublessor represents and warrants that the Marianas Public Land Corporation, hereinafter referred to as "MPLC," by the Lease Agreement dated August 13, 1985, a copy of which is hereto attached as Exhibit A and made an integral part hereof, and which shall henceforth be referred to as prime lease leased to Sublessor Lot 025 E 01 located in Puerto Rico, Saipan, Mariana Islands, together with all existing improvements thereon and appurtenances thereto.

WHEREAS, the Sublessor further represents and warrants that the prime lease is now in full force and effect and shall remain so throughout the term hereof, and that the Sublessor has full right, power and authority to sublet the premises.

1

FILE NO. 93-2071

93 JUN 14 P 3: 32

BOOK 6 PAGE 96
COMMONWEALTH RECORDER

## LEASE AGREEMENT

THIS LEASE AGREEMENT made and entered into by and between M.S. Villagomez Ent.., P.O. Box 7, Saipan, MP 96950, (hereinafter called "Landlord") and Triple J Saipan Inc. (hereinafter called "Tenant"), whose address is: P.O. Box 487, Saipan, MP 96950.

W I T N E S S E T H:

That in consideration of the payment of rent and the other terms, conditions, and covenants hereunder, Landlord leases to Tenant and Tenant hires from Landlord, for use and occupation as a private residence, the following premises:

> A semi-furnished (SCHEDULE A) residential house with 4-bedrooms, located on Lot No. 013 H 22, in Chalan Kanoa, Saipan, Northern Mariana Islands,

### SECTION ONE

### TERM

The term of this lease shall be five (5) years beginning on the 15th day of May 1993, and ending on the 15th day of May 1998.

Initials: _____ _____.

### SECTION TWO

### RENT

The rent for the term is $45,000 payable to M.S. Villagomez Ent., to be delivered to the M.S. Villagomez Ent. Chalan Kanoa main office off

# GROUND LEASE

FILE No. 93-3578

This Ground Lease, made and entered into as of the 29th day of September, 1993, by and between **M.S. Villagomez, Incorporated**, having his address at P. O. Box 7, Saipan, MP 96950 referred to herein as "Lessor", and **Triple J Saipan, Incorporated**, a CNMI corporation, having its address at P. O. Box 487, Saipan, MP 96950 referred to herein as "Lessee",

## WITNESSETH:

In consideration of the rent hereinafter reserved and of the covenants herein contained to be observed and performed, Lessor does hereby demise and let unto Lessee, and Lessee does hereby lease from Lessor, the real property described in section 1:

1. <u>Description of Premises</u>. The Premises consists of improved and unimproved real property, lying and being situated in Chalan Kanoa, Saipan, CNMI, more particularly hereinafter described in Exhibit "A" hereto, incorporated herein by reference, together with Lessor's easements and appurtenances in adjoining and adjacent land, highways, roads, streets, lanes, whether public or private, reasonably required for the installation, maintenance, operation and service of sewer, water, gas, power and other utility lines and for driveways and approaches to and from abutting highways or streets for the use and benefit of the above-described parcel(s) of real property, including any improvements now or hereinafter situated thereon. The parcels of real property described in Exhibit A together with any existing improvements and improvements subsequently erected thereon during the term of this Lease and the appurtenances and other incidents associated therewith are collectively referred to in this Lease as the "Premises".

94-2998

7/79

FOR RECORDER'S USE ONLY

## UNFURNISHED RESIDENTIAL LEASE AGREEMENT

THIS LEASE AGREEMENT made and entered into by and between: M. S. VILLAGOMEZ INC. dba MSV PROPERTY MANAGEMENT whose mailing address is P. O. Box 7, Saipan, MP, 96950, (hereinafter called "Landlord") and TRIPLE J SAIPAN INC. (hereinafter called "Tenant"), whose address is : P. O. Box 487, Saipan, MP, 96950,:

WITNESSETH: That in consideration of the payment of rent and the other terms, conditions, and covenants hereunder, Landlord leases to Tenant and Tenant hires from Landlord, for use and occupation as a private residence, the following premises:

A residential house with 3 bedrooms located on Lot No. 014 H 19, in Chalan Kanoa, Saipan, Northern Mariana Islands,

1. The term of this Lease shall be for four (4) years beginning on the <u>1 st</u> day of November, 1994, and ending on midnight of the <u>31 st</u> day of October, 1998.

2. The rent for the term is $24,000.00 payable in advance without demand or notice, in equal monthly instalments of $500.00 due on the first day of each and every month during the term hereof. A rent instalment for any fraction of a month shall be pro-rated on a daily basis. In the event rent is not paid within five (5) days after due date, Tenant agrees to pay a late charge of 5% the rental rate. Tenant further agrees to pay $25.00 for each dishonored bank check.

3. Tenant shall have the option to extend this lease for one additional term of four (4) years. If this option is exercised by Tenant, rent shall be payable in monthly instalments of $550.00, as set forth in Section Two above. Tenant may exercise this option by giving written notice to Landlord at any time during the final six months of the original term.

4. In the event the Tenant shall, with the consent of Landlord, hold over in possession after the expiration of the term hereof, the tenancy shall be converted to a

Page 1 of 6



## GROUND LEASE      FILE NO. _____

This Ground Lease, made and entered into as of August 23, 1995 by and between MARIA T. BILLY, having her address at P.O. Box 2442, Koblerville Saipan, MP 96950 referred to herein as "Lessor", and TRIPLE J SAIPAN, INC., a CNMI corporation, having its address at P. O. Box 487, Saipan, MP 96950 referred to herein as "Lessee",

### WITNESSETH:

In consideration of the rent hereinafter reserved and of the covenants herein contained to be observed and performed, Lessor does hereby demise and let unto Lessee, and Lessee does hereby lease from Lessor, the real property described in section 1:

1. <u>Description of Premises</u>. The Premises consists of improved and unimproved real property, lying and being situated in Saipan, CNMI, more particularly described as:

> Lot 2003-4-4 containing an area of 1,335 square meters, more or less, as shown in Exhibit "A" incorporated herein by reference:

together with Lessor's easements and appurtenances in adjoining and adjacent land, highways, roads, streets, lanes, whether public or private, reasonably required for the installation, maintenance, operation and service of sewer, water, gas, power and other utility lines and for driveways and approaches to and from abutting highways or streets for the use and benefit of the above-described parcel(s) of real property, including any improvements now or hereinafter situated thereon. The parcels of real property described in Exhibit "A" together with any existing improvements and improvements subsequently erected thereon during the term of this Lease and the