FILE NO. 95-2123

# GROUND LEASE

This Ground Lease, made and entered into as of August 23, 1995 by and between PLASIDO M. TAGABUEL, having his address at P.O. Box 5005, Saipan, MP 96950 referred to herein as "Lessor", and TRIPLE J SAIPAN, INC., a CNMI corporation, having its address at P. O. Box 487, Saipan, MP 96950 referred to herein as "Lessee",

## WITNESSETH:

In consideration of the rent hereinafter reserved and of the covenants herein contained to be observed and performed, Lessor does hereby demise and let unto Lessee, and Lessee does hereby lease from Lessor, the real property described in section 1:

1. <u>Description of Premises</u>. The Premises consists of improved and unimproved real property, lying and being situated in Saipan, CNMI, more particularly described as:

> Lot 2003-4-2 containing an area of 1,013 square meters,
> more or less, as shown in Exhibit "A" incorporated herein
> by reference:

together with Lessor's easements and appurtenances in adjoining and adjacent land, highways, roads, streets, lanes, whether public or private, reasonably required for the installation, maintenance, operation and service of sewer, water, gas, power and other utility lines and for driveways and approaches to and from abutting highways or streets for the use and benefit of the above-described parcel(s) of real property, including any improvements now or hereinafter situated thereon. The parcels of real property described in Exhibit "A" together with any existing improvements and improvements subsequently erected thereon during the term of this Lease and the

# GROUND LEASE  FILE NO.

This Ground Lease, made and entered into as of August 23, 1995 by and between ANN C. TAGABUEL having her address at  BOX 36 94 SAIPAN M.P. 96950 referred to herein as "Lessor", and TRIPLE J SAIPAN, INC., a CNMI corporation, having its address at P. O. Box 487, Saipan, MP 96950 referred to herein as "Lessee",

## WITNESSETH:

In consideration of the rent hereinafter reserved and of the covenants herein contained to be observed and performed, Lessor does hereby demise and let unto Lessee, and Lessee does hereby lease from Lessor, the real property described in section 1:

1.  Description of Premises. The Premises consists of improved and unimproved real property, lying and being situated in Saipan, CNMI, more particularly described as:

> Lot 2003-4-3 containing an area of 862 square meters, more or less, as shown in Exhibit "A" incorporated herein by reference:

together with Lessor's easements and appurtenances in adjoining and adjacent land, highways, roads, streets, lanes, whether public or private, reasonably required for the installation, maintenance, operation and service of sewer, water, gas, power and other utility lines and for driveways and approaches to and from abutting highways or streets for the use and benefit of the above-described parcel(s) of real property, including any improvements now or hereinafter situated thereon. The parcels of real property described in Exhibit "A" together with any existing improvements and improvements subsequently erected thereon during the term of this Lease and the

Case 1:05-cv-00032    Document 8-3    Filed 12/22/2005    Page 3 of 11

FILE NO. _____

# GROUND LEASE

FILE NO. 95-2205

This Ground Lease, made and entered into as of August 25, 1995 by and

between PLASIDO M. TAGABUEL, having his address at P.O. Box 5835, Saipan,

MP 96950 referred to herein as "Lessor", and TRIPLE J SAIPAN, INC., a

CNMI corporation, having its address at P. O. Box 487, Saipan, MP 96950 referred to

herein as "Lessee",

## WITNESSETH:

In consideration of the rent hereinafter reserved and of the covenants herein contained to be observed and performed, Lessor does hereby demise and let unto Lessee, and Lessee does hereby lease from Lessor, the real property described in section 1:

1. **Description of Premises**. The Premises consists of improved and unimproved real property, lying and being situated in Saipan, CNMI, more particularly described as:

> Lot 2003-4-2 containing an area of 1,013 square meters, more or less, as shown in Exhibit "A" incorporated herein by reference:

together with Lessor's easements and appurtenances in adjoining and adjacent land, highways, roads, streets, lanes, whether public or private, reasonably required for the installation, maintenance, operation and service of sewer, water, gas, power and other utility lines and for driveways and approaches to and from abutting highways or streets for the use and benefit of the above-described parcel(s) of real property, including any improvements now or hereinafter situated thereon. The parcels of real property described in Exhibit "A" together with any existing improvements and improvements subsequently erected thereon during the term of this Lease and the

## GROUND LEASE

FILE NO. 95-2206

This Ground Lease, made and entered into as of August 23, 1995 by and between ANN C. TAGABUEL having her address at PO BOX 3694 SAIPAN MP 96950 referred to herein as "Lessor" and TRIPLE J SAIPAN INC. a CNMI corporation, having its address at PMB Box 487, Saipan, MP 96950 referred to herein as "Lessee",

### WITNESSETH:

In consideration of the rent hereinafter reserved and of the covenants herein contained to be observed and performed, Lessor does hereby demise and let unto Lessee, and Lessee does hereby lease from Lessor, the real property described in section 1:

1. <u>Description of Premises</u>. The Premises consists of improved and unimproved real property, lying and being situated in Saipan, CNMI, more particularly described as:

> Lot 2003-4-3 containing an area of 862 square meters, more or less, as shown in Exhibit "A" incorporated herein by reference:

together with Lessor's easements and appurtenances in adjoining and adjacent land, highways, roads, streets, lanes, whether public or private, reasonably required for the installation, maintenance, operation and service of sewer, water, gas, power and other utility lines and for driveways and approaches to and from abutting highways or streets for the use and benefit of the above-described parcel(s) of real property, including any improvements now or hereinafter situated thereon. The parcels of real property described in Exhibit "A" together with any existing improvements and improvements subsequently erected thereon during the term of this Lease and the

FILE NO. 95-2552



'95 OCT -5 P2:34

BOOK 7 PAGE 154

(Space above for Recordation Purposes only)

COMMONWEALTH RECORDER

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## SAIPAN, MARIANA ISLANDS

## LEASE AGREEMENT

This Lease Agreement, is made as of the 4th day of October, 1995, on Saipan, Commonwealth of the Northern Mariana Islands, by and between DIVISION OF PUBLIC LANDS, DEPARTMENT OF LANDS AND NATURAL RESOURCES, its successors and assigns ("Government"), whose offices are located at Capitol Hill, Saipan, Mariana Islands, and TRIPLE J SAIPAN, INC., its successors and assigns ("Lessee"). The parties agree as follows:

### ARTICLE 1. GRANT OF PREMISES

The Government hereby leases to Lessee the described real property known as Lot No. 090 D 01, containing an area of 3,000 square meters, more or less, located in Saipan, Commonwealth of the Northern Mariana Islands, as shown on DLS Check No. 090 D 00, Commonwealth Recorder's File No. 91-065, dated January 3, 1991, attached hereto as Exhibit "A" which is incorporated herein and made a part hereof by reference, together with all existing improvements thereon and appurtenances thereto, hereinafter called the "Premises".

DPL/Triple J Saipan, Inc. - Lease Agreement
10/3/95
Page 1

FILE NO. 96-1208

'96 MAY 14 A11 :17

(Space above for Recordation Purposes Only) BOOK 8 PAGE 32

COMMONWEALTH RECORDER

## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## SAIPAN, MARIANA ISLANDS

### AMENDMENT TO LEASE AGREEMENT

This Amendment to Lease Agreement, made this 13th day of May, 1996, on Saipan, Mariana Islands, by and between the DIVISION OF PUBIC LANDS, DEPARTMENT OF LANDS AND NATURAL RESOURCES, its successors and assigns ("Government"), whose offices are located at Capitol Hill, Saipan, Mariana Islands, and TRIPLE J SAIPAN, INC., a CNMI Corporation, its successors and assigns ("Lessee"). The Government and the Lessee agree as follows:

Article 2 of the Lease Agreement dated October 4, 1995, between the parties hereto, and recorded at the office of the Commonwealth Recorder of Deeds on October 5, 1995, as file number 95-2552, is hereby amended to read as follows:

"ARTICLE 2.   PURPOSE

The property shall be used, except with the written consent of the Government, for sales and services of general automotive products and general merchandise and food products, including but not limited to fuel products; auto inspection; an office; and warehouse space necessary for the conduct of Lessee's business and other related purposes. The

-1-

# GROUND LEASE

96-1552

FILE NO.

This Ground Lease, made and entered into as of MAY 7th, 1996 by and between RITA O. KIM, VICENTA O. EAGLESON, DIGNA F. ORONIGO, JUAN F. ORONIGO, JUANA O. SOMOL, FRANCISCA O. HERNANDEZ, ROSA O. PEHNOS, and LUCRETIA ORONIGO SISON FLISCIA O. SAHAGON and LINDA F. ORONIGO (hereafter individually and collectively "Lessor") and TRIPLE J SAIPAN, INC., a CNMI corporation, having its address at P. O. Box 487, Saipan, MP 96950 referred to herein as "Lessee",

## WITNESSETH:

In consideration of the rent hereinafter reserved and of the covenants herein contained to be observed and performed, Lessor does hereby demise and let unto Lessee, and Lessee does hereby lease from Lessor, the real property described in section 1:

1. <u>Description of Premises</u>. The Premises consists of improved and unimproved real property, lying and being situated in Saipan, CNMI, more particularly described as:

> Lot No. 012 H 036, formerly Lot No. 6 Block 79, situated in Chalan Kanoa and containing an area of 1,175 square meters, more or less, as more particularly described on Drawing/Cadastral Plat No. 012 H 00 (registered with the Land Registry as Document No. 703),

together with Lessor's easements and appurtenances in adjoining and adjacent land, highways, roads, streets, lanes, whether public or private, reasonably required for the installation, maintenance, operation and service of sewer, water, gas, power and other utility lines and for driveways and approaches to and from abutting highways or streets for the use and benefit of the above-described parcel(s) of real property, including any improvements now or hereinafter situated thereon. The above-described parcels of real property, together with any existing improvements and improvements subsequently

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

INITIAL REPORT _____   REPORT FOR THE YEAR  2004
CHECK ONE:  (X) Domestic Corporation  ( ) Foreign Corporation

---

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P. O. Box)

TRIPLE J SAIPAN, INC.
P.O. Box 500487 Saipan, MP 96950
Tel. No. 234-1795

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P. O. Box)

ROBERT H. JONES
P.O. Box 500487 Saipan, MP 96950
Tel. No. 234-1795

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| ROBERT H. JONES | U.S. CITIZEN | P.O. BOX 500487 Saipan |
| MARGARET A. JONES | U.S. CITIZEN | P.O. Box 500487 Saipan |
| JEFFREY B. JONES | U.S. CITIZEN | P.O. Box 6066 Tamuning GU |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| ROBERT H. JONES | President | U.S. Citizen | P.O. Box 500487 Saipan |
| JEFFREY B. JONES | Exec. VP | U.S. Citizen | P.O. Box 6066 Tamuning GU |
| MARGARET A. JONES | Treasurer | U.S. Citizen | P.O. Box 500487 Saipan |
| JAY B. JONES | Secretary | U.S. Citizen | P.O. Box 500487 Saipan |

**DESCRIPTION OF BUSINESS ACITIVITIES - List all lines of business:**

AUTO DEALER: NEW & USED, GENERAL AUTO REPAIR SHOP, REAL ESTATE BROKER, GENERAL CONSTRUCTION CONTRACTOR, BUSINESS CONSULTING SERVICE, RETAIL GENERAL MERCHANDISE, IMPORT/EXPORT (EXCEPT GARMENTS), RESTAURANT

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 687 | Common | $68,700 or $100/share |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| ROBERT H. JONES | US CITIZEN | AMERICAN | 309 |
| MARGARET A. JONES | US CITIZEN | AMERICAN | 308 |
| GEORGIA STAFFORD | US CITIZEN | AMERICAN | 32 |
| TRIPLE J AUTO DISTRIBUTORS, INC. | | | 38 |

Date: 2/22/05

Signature: JAY B. JONES, Secretary
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING:   THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
          ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH:   REGISTRAR OF CORPORATIONS
             Office of the Attorney General
             2nd Floor Administration Bldg./Capitol Hill
             Saipan, MP 96950

INITIAL REPORT _____   REPORT FOR THE YEAR  2004
CHECK ONE:  ( ) Domestic Corporation   ( ) Foreign Corporation

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P. O. Box)

TRIPLE J AUTO DISTRIBUTORS, INC.
P.O. Box 500487 Saipan, MP 96950
Tel. No. 234-1795

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P. O. Box)

TRIPLE J SAIPAN, INC.
P.O. Box 500487 Saipan, MP 96950
Tel. No. 234-1795

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| ROBERT H. JONES | US CITIZEN | P.O. Box 500487 Saipan |
| JEFFREY B. JONES | US CITIZEN | P.O. Box 6066 Tamuning GU |
| MARGARET A. JONES | US CITIZEN | P.O. Box 500487 Saipan |
| JAY B. JONES | US CITIZEN | P.O. Box 500487 Saipan |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| ROBERT H. JONES | President | US CITIZEN | P.O. Box 500487 Saipn |
| JEFFREY B. JONES | Exec. VP | US CITIZEN | P.O Box 6066 Tamuning GU |
| MARGARET A. JONES | Treasurer | US CITIZEN | P.O. Box 500487 Saipan |
| JAY B. JONES | Secretary | US CITIZEN | P.O. Box 500487 Saipan |

**DESCRIPTION OF BUSINESS ACITIVITIES - List all lines of business:**

AUTO DEALER: NEW AND USED, RETAIL MERCHANDISE

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 100 | Common | $10,000 or $100/share |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| ROBERT H. JONES | US CITIZEN | AMERICAN | 1 |
| MARGARET A. JONES | US CITIZEN | AMERICAN | 1 |
| JULIE B. MURRELL | US CITIZEN | AMERICAN | 31 |
| JEFFREY B. JONES | US CITIZEN | AMERICAN | 31 |
| JAY B. JONES | US CITIZEN | AMERICAN | 31 |
| GEORGIA STAFFORD | US CITIZEN | AMERICAN | 1 |

Date: 2/22/05

Signature: [signed]

JAY B. JONES, Secretary
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

2005 FEB 22 PM 3 02

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

# 121992

INITIAL REPORT _____     REPORT FOR THE YEAR  2004
CHECK ONE: (X) Domestic Corporation   ( ) Foreign Corporation

**Name, Mailing Address & Telephone No. of Corporation:** (Attach map showing location if address is only a P. O. Box)

TRIPLE J FIVE STAR WHOLESALE FOODS, INC.
P.O. Box 500487 Saipan, MP 96950
Tel. No. 322-0430

**Name, Mailing Address & Telephone No. of Registered Agent:** (Attach Map showing location if address is only a P. O. Box)

JAY B. JONES
P.O. Box 500487 Saipan MP 96950
Tel. No. 234-1795

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| ROBERT H. JONES | US CITIZEN | P.O. Box 500487 Saipan |
| JEFFREY B. JONES | US CITIZEN | P.O. Box 6066 Tamuning GU |
| R. DAN MURRELL | US CITIZEN | P.O. Box 6066 Tamuning GU |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| ROBERT H. JONES | President | US CITIZEN | P.O. Box 500487 Saipan |
| JEFFREY B. JONES | Exec. VP | US CITIZEN | P.O. Box 6066 Tamuning GU |
| R. DAN MURRELL | Secretary | US CITIZEN | P.O. Box 6066 Tamuning GU |
| MARGARET A. JONES | Treasurer | US CITIZEN | P.O. Box 500487 Saipan |
| JAY B. JONES | Asst. Secretary | US CITIZEN | P.O. Box 500487 Saipan |

**DESCRIPTION OF BUSINESS ACITIVITIES - List all lines of business:**

RETAIL AND WHOLESALE GENERAL MERCHANDISE

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 1,000 (One Thousand) | Common | $1,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| TRIPLE J SAIPAN, INC. | | | 997 |
| ROBERT H. JONES | CNMI RESIDENT | US | 1 |
| JEFFREY B. JONES | GUAM RESIDENT | US | 1 |
| R. DAN MURRELL | GUAM RESIDENT | US | 1 |

Date: 2/22/05

Signature: JAY B. JONES  Secretary
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)

# ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and One Copy

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 30 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan, MP 96950

2005 FEB 23 PM 3:02

INITIAL REPORT _____   REPORT FOR THE YEAR  2004
CHECK ONE: (X) Domestic Corporation  ( ) Foreign Corporation

Name, Mailing Address & Telephone No. of Corporation: (Attach map showing location if address is only a P.O. Box)
TRIPLE J BUSINESS DEVELOPMENT, INC.
P.O. Box 500487 Saipan, MP 96950
Tel. No. 234-1795

Name, Mailing Address & Telephone No. of Registered Agent: (Attach Map showing location if address is only a P.O. Box)
TRIPLE J SAIPAN, INC.
P.O. Box 500487 Saipan, MP 96950
Tel. No. 234-1795

LIST OF DIRECTORS:

| Name | Nationality | Address |
|---|---|---|
| ROBERT H. JONES | US CITIZEN | P.O. Box 500487 Saipan |
| MICHAEL S. BURGESS | US CITIZEN | 205 Marata St. Tumon Guam |
| JEFFREY B. JONES | US CITIZEN | P.O. Box 6066 Tamuning GU |
| JAY B. JONES | US CITIZEN | P.O. Box 500487 Saipan |
| R. DAN MURRELL | US CITIZEN | P.O. Box 6066 Tamuning GU |

LIST OF OFFICERS:

| Name | Position | Nationality | Address |
|---|---|---|---|
| ROBERT H. JONES | PRESIDENT | US CITIZEN | P.O. Box 500487 Saipan |
| MICHAEL S. BURGESS | VICE PRESIDENT | US CITIZEN | 205 Marata St. Tumon Guam |
| R. DAN MURRELL | SECRETARY | US CITIZEN | P.O. Box 6066 Tamuning GU |
| JAY B. JONES | ASST. SECRETARY | US CITIZEN | P.O. Box 500487 Saipan |

DESCRIPTION OF BUSINESS ACTIVITIES - List all lines of business:

Business Consulting

STOCK ISSUED AND OUTSTANDING:

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 100 | Common | $100,000 or $1.00/share |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| TRIPLE J SAIPAN, INC. | | | 60,000 |
| MICHAEL S. BURGESS | US CITIZEN | AMERICAN | 40,000 |

Date: 2/22/05

Signature: JAY B. JONES, Asst. Secretary
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)