ORIGINAL

MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Defendant Mary Ann S. Milne*

FILED
Clerk
District Court

DEC 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ANN S. MILNE,<br><br>Defendant. | CIVIL CASE NO. 05-0032<br><br>DECLARATION OF<br>GEORGE L. HASSELBACK<br><br>Date: December 29, 2005<br>Time: 9:00 a.m.<br>Judge: Alex R. Munson |

I, George L. Hasselback, Esq., declare under the penalty of perjury that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1. I am an associate with the law firm of O'Connor, Berman, Dotts and Banes, the attorneys of record for Mary Ann S. Milne, Defendant, in the above-captioned matter.

2. At my direction, members of our office staff contacted the CNMI Recorder's Office to determine if any corporation doing business with any variation of the name "Triple J" had leased or otherwise acquired any real property within the Commonwealth. The nineteen documents attached hereto as "Exhibits A-S" respectively are the results of that search. Each of

1
DRAFT DEC

these various forms of real property encumbrances has as one of its parties "Triple J Saipan, Inc." or "Triple J Saipan Corporation." *See* Exhibits A-S.

3.   Again at my direction, members of my staff contacted the CNMI Registrar of Corporations to enquire which, if any, corporations doing business in the CNMI were registered with a variation on the name "Triple J." There were four corporations who had filed "Annual Corporation Reports" with some variation on the name "Triple J." They are "Triple J Saipan, Inc.," "Triple J Auto Distributors, Inc.," "Triple J Five Star Wholesale Foods, Inc.," and "Triple J Business Development, Inc." Copies of these "Annual Corporation Reports" are attached hereto as "Exhibits T-W." Each of these "Annual Corporation Reports" identified the corporate entities as "Domestic Corporations" with the exception of Triple J Auto Distributors. *See* Exhibit U. I contacted the Registrar of Corporations directly and their personnel confirmed that this too, was a Domestic Corporation of the CNMI.

Dated this 21 of December, 2005.

_____
George L. Hasselback.