ORIGINAL

MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

FILED
Clerk
District Court

DEC 2 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Attorneys for Defendant Mary Ann S. Milne*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MARY ANN S. MILNE, <br><br> Defendant. | CIVIL CASE NO. 05-0032 <br><br><br> CERTIFICATE OF SERVICE |

Pursuant to Com. R. App. R. 25(d), I hereby certify that a copy of the foregoing:

1. **REPLY TO MEMORANDUM IN OPPOSITION OF MOTION TO DISMISS;** and
2. **DECLARATION OF GEORGE L. HASSELBACK**

was by me or at my direction caused to be served on December 22, 2005 by hand delivery on the individual listed below:

> Eric Smith, Esq.
> Attorney for Plaintiff Trans Pacific Export Co., LLC.
> Former Mai Thai Building
> Garapan, Saipan, MP 96950 CNMI

Dated this 22nd day of December, 2005.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Mary Ann S. Milne

By: _____
Michael W. Dotts (F0150)

1