MICHAEL W. DOTTS, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Defendant Mary Ann S. Milne*

FILED
Clerk
District Court

DEC 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ANN S. MILNE,<br><br>Defendant. | CIVIL CASE NO. 05-0032<br><br>PROOF OF SERVICE |

The undersigned does hereby certify that a copy of **REPLY TO MEMORANDUM IN OPPOSITION OF MOTION TO DISMISS and DECLARATION OF GEORGE L. HASSELBACK** were served as follows:

By hand delivery on December 22, 2005 upon:

    Cristy Bansil for Eric Smith, Esq.
    Former Mai Thai Building
    Garapan, Saipan, MP 96950

Dated this 23rd day of December, 2005.

                                                   Rosemarie G. Agulto

*K:\Jude\PROOF\2018-04-051223-Proof(ESmith)-leb.doc*