F I L E D
Clerk
District Court

DEC 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CV-05-0032                                                December 29, 2005
                                                          9:10 a.m.

### TRANS PACIFIC EXPORT CO., LLC -vs- MARY ANN S. MILNE

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           MICHAEL DOTTS, Counsel for Defendant
           ERIC S. SMITH, Counsel for Plaintiff

PROCEEDING:   **MOTION TO DISMISS**

   Attorney Eric S. Smith was present on behalf of Plaintiff. Attorney Michael Dotts was present on behalf of Defendant.

   Attorney Dotts argued the motion to dismiss. Attorney Smith argued on behalf of the Plaintiff and moved the Court to deny the motion.

   Court, after hearing argument, took the matter under advisement and stated that a written order would be forthcoming.

                              Adjourned at 9:30 a.m.

                              _____
                              K. Lynn Lemieux, Courtroom Deputy