FILED
Clerk
District Court

DEC 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT CO. LLC, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>MARY ANN S. MILNE, )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO. 05-0032<br><br>NOTICE OF<br>SETTLEMENT CONFERENCE |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

Michael Dotts
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that a Settlement Conference, in the above case, is set for Wednesday, January 4, 2006 at 1:30 p.m.

DATED this 29th day of December, 2005.

*[signature]*
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)