F I L E D
Clerk
District Court

DEC 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| TRANS PACIFIC EXPORT CO., LLC ) | | CIVIL CASE NO. 05-0032 |
| ) | | |
| Plaintiff, ) | | |
| vs. ) | | |
| ) | | **NOTICE RESCHEDULING** |
| MARY ANN S. MILNE ) | | **SETTLEMENT CONFERENCE** |
| ) | | |
| Defendant, ) | | |
| _____ ) | | |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

Michael Dotts
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

**NOTICE IS HEREBY GIVEN** that a Settlement Conference, in the above case, set for Wednesday, January 4, 2006 at 1:30 p.m. is rescheduled for Friday, February 17, 2006 at 9:00 a.m.

**DATED** this 29th day of December, 2005.

_____
Alex R. Munson, Chief Judge

AO 72
(Rev. 08/82)