F I L E D
Clerk
District Court

JAN – 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan, MP 96950
Tel:    233-3334
Fax:    233-3336

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MARY ANN S. MILNE, <br><br> Defendant. | Civil Action No. CV 05-0032 <br><br> **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON** <br><br><br> Date:   February 17, 2006 <br> Time:   9:00 a.m. <br> Judge:  Alex R. Munson |

The parties, through their counsel hereby stipulate that the settlement conference scheduled for January 4, 2005, at 1:30 p.m. shall be continued to Feburary 17, 2006, at 9:00 a.m.

Dated this 30th day of December 2005.

_____
ERIC S. SMITH

Dated: 30th day of December 2005

_____
MICHAEL DOTTS

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the date and time presently scheduled for the settlement conference of January 4, 2006, at 1:30 p.m. is hereby vacated and the Court hereby orders the parties to appear with counsel at a settlement conference on February 17, 2006, at 9:00 a.m.


SO ORDERED


Dated: December 30, 2005

_____
ALEX R. MUNSON
Chief Judge


**RECEIVED**

JAN    3 2006

Clerk
District Court
For The Northern Mariana Islands

2