F I L E D
Clerk
District Court

FEB 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| TRANS PACIFIC EXPORT COMPANY, L.L.C., | ) ) ) | Civil Action No. 05-0032 |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | ORDER DENYING MOTION TO DISMISS FOR FAILURE TO JOIN NECESSARY OR |
| MARY ANN S. MILNE, | ) ) | INDISPENSABLE PARTY |
| Defendant | ) ) | |

A ruling on this motion was held in abeyance pending the settlement conference, which was held last week and proved unsuccessful. For this motion, plaintiff appeared by and through its attorney, Eric S. Smith; defendant appeared by and through her attorney, Michael W. Dotts.

THE COURT, having considered the written and oral arguments of counsel, now rules as follows:

AO 72
(Rev. 8/82)

Federal Rule of Civil Procedure 19 requires that a person must be joined as a party if in the person's absence complete relief cannot be accorded among those already parties, and if the person has a legally protectible interest. The lawsuit must be dismissed if plaintiff has failed to join a necessary or indispensable party and the joinder of such party deprives the court of diversity jurisdiction.

Here, defendant argues that Triple J Enterprises, Inc. must be joined as a party, which joinder would deprive the court of diversity jurisdiction. However, the court concludes that Triple J Enterprises is at best a potential lessee of the property in question, with as yet no legally protectible interest in the property. Because Triple J's interests are entirely hypothetical, full resolution of the dispute between the existing parties can be effected without adding Triple J Enterprises as a party. Accordingly, defendant's motion to dismiss for failure to join Triple J is denied.

IT IS SO ORDERED.

DATED this 21st day of February, 2006.

_____
ALEX R. MUNSON
Judge