F I L E D
Clerk
District Court

MAR 08 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, L.L.C., ) ) ) | Civil Action No. 05-0032 |
| Plaintiff ) ) | |
| ) | CASE MANAGEMENT |
| v. ) | CONFERENCE ORDER |
| ) | |
| MARY ANN S. MILNE, ) ) | |
| Defendant ) ) | |

In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ, the attorneys for the parties shall be present at the Case Management Conference, set for **Friday, March 24, 2006, at 10:30 a.m.**

The parties shall be prepared to discuss:

(a) Service of process on parties not yet served;

(b) Jurisdiction and venue;

(c) Track assignment;

1

(d) Anticipated motions;

(e) Anticipated or remaining discovery, including limitation on discovery;

(f) Further proceedings, including setting dates for discovery cut-off, pretrial and trial;

(g) Appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration, or to the Judicial Panel on Multi-district Litigation, or application of the Manual for Complex Litigation;

(h) Modifications of the standard pretrial procedures specified by this Plan on account of the relative simplicity or complexity of the action or proceeding;

(i) Settlement prospects;

(j) Any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of issues; and,

(k) Setting of dates for:

    1. Joinder of all parties,
    2. Motions to amend,
    3. Discovery cut-off,
    4. Status Conferences,
    5. Discovery motion hearing date,
    6. Dispositive motion cut-off,

AO 72
(Rev. 08/82)

7. Dispositive motion hearing date,
8. Settlement conference,
9. Joint pretrial order,
10. Final pretrial order,
11. Trial.

The Court recommends that this case be assigned to the **Standard** track as defined by the Local Rule 16.2CJ.c.

DATED this 8th day of March, 2006.

_____
ALEX R. MUNSON
Judge

3