```
                                                        FILED
                                                         Clerk
                                                      District Court

                                                      MAR -9 2006

                                                  For The Northern Mariana Islands
                                                  By_____
                                                          (Deputy Clerk)
```

1  MICHAEL W. DOTTS, Esq.
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
4  Telephone No. (670) 234-5684
   Facsimile No. (670) 234-5683
5

6  *Attorneys for Defendant Mary Ann S. Milne*

7
                 UNITED STATES DISTRICT COURT
8                         FOR THE
          COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
9

10 TRANS PACIFIC EXPORT COMPANY, )   CIVIL CASE NO. 05-0032
   LLC,                          )
11                               )
                                 )
12          Plaintiff,            )
                                 )   PROOF OF SERVICE
13          vs.                   )
                                 )
14 MARY ANN S. MILNE,            )
                                 )
15          Defendant.            )
                                 )
16 _____)

17
         The undersigned hereby certifies that a copy of **ANSWER, COUNTERCLAIM AND
18
   DEMAND FOR JURY TRIAL** was served as follows:
19
         By hand delivery on March 7, 2006 upon:
20
              Ma. Gracia Boongaling for Eric S. Smith
21            Former Mai Thai Building
              Garapan, Saipan, MP 96950
22
         Dated this 9th of March, 2006.
23

24                                          _____
25                                          Rosemarie G. Agulto

26

27
   K:\2000\2018-04 Milne\DOCS\Proof-060309-jom.doc
28