FILED
Clerk
District Court

MAR 15 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TRANSPACIFIC EXPORT COMPANY LLC,

Plaintiff(s),

v.

MARY ANN S. MILNE

Defendant(s).

CIVIL ACTION NO. CV- 05-0032

PROOF OF SERVICE

I hereby declare, under penalty of perjury, that on the 15th day of MARCH, 2006 at 11:14 (a.m./p.m., I personally served upon O'Connor Berman Dotts & Banes Law Offices, a true and correct copy of the:

☐ Summons and Complaint
☐ Order dated _____
☒ Other (specify) ANSWER TO COUNTERCLAIM _____
_____
_____
_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

☑   By delivering it to JENNIFER BAUTISTA, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

The place where said service was made was: Nauru Bldg. Susupe, Saipan

The charge for service was: $ 20.00

Dated: March 15, 2006

_____
ELMER BARROGO

Hearing Date: _____ N/A _____