FILED
Clerk
District Court

MAR 15 2006

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan, MP 96950
Tel:  233-3334
Fax:  233-3336

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ANN S. MILNE,<br><br>Defendant. | Civil Action No. CV 05-0032<br><br>STIPULATED CONTINUANCE<br>of<br>CASE MANAGEMENT CONFERENCE<br>and<br>ORDER THEREON<br><br>Date:  March 17, 2006<br>Time:  9:00 a.m.<br>Judge:  Alex R. Munson |

It is hereby stipulated by the parties through their respective attorneys that the case management conference scheduled for March 24, 2006, at 10:30 a.m. is advanced to March 17, 2006, at 9:00 a.m.

_____
Eric S. Smith

_____
Michael Dotts

IT IS SO ORDERED

Dated: March 15, 2006

_____
Judge Alex R. Munson
Chief Judge

RECEIVED

MAR 15 2006

Clerk
District Court
For The Northern Mariana Islands