F I L E D
Clerk
District Court

MAR 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TRANS PACIFIC EXPORT COMPANY LLC,

Plaintiff(s),

v.

MARY ANN S. MILNE

Defendant(s).

CIVIL ACTION NO. CV- 05-0032

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the __15th__ day of __MARCH__, 2006 at __4:12__ a.m./p.m. I personally served upon O'Connor Berman Dotts & Banes Law Offices, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☑ Other (specify) __Plaintiff's Case Management Conference Statement__

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☑ By delivering it to ROWENA RELADO, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

☐ By delivering it to _____, who is the attorney representing _____ in the above referenced case.

The place where said service was made was: NAURU Bldg. SuSupe, Saipan

The charge for service was: $ 20.00

Dated: march 15, 2006

_signature_

Hearing Date: march 17, 2006 9:00 am