FILED
Clerk
District Court

MAR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, L.L.C., ) ) ) | Civil Action No. 05-0032 |
| Plaintiff ) ) ) | |
| v. ) ) | CASE MANAGEMENT SCHEDULING ORDER |
| MARY ANN S. MILNE, ) ) ) | |
| Defendant ) ) | |

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4,

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

1

AO 72
(Rev. 08/82)

a Case Management Conference was conducted in this matter on March 17, 2006. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before August 1, 2006.

2. All motions to amend pleadings shall be filed on or before August 1, 2006.

3. All discovery shall be served by July 3, 2006. No discovery material shall be filed with the court except as necessary to support a motion.

4. All discovery motions shall be filed so as to be heard on or before August 24, 2006. Motions shall be filed in accordance with Local Rule 7.1.

5. A status/settlement conference will be held on May 23, 2006, at 9:00 a.m.

6. All dispositive motions shall be filed so as to be heard on or before September 28, 2006. Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

7. A settlement conference will be held on October 6, 2006, at 8:30 a.m.

8. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., October 23, 2006. (Local Rule 16.2CJ.e.9.)

9. A final pretrial conference will be held on October 27, 2006, at 8:30 a.m.

10. Trial shall begin on November 6, 2006, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED this 17th day of March, 2006.

_____
ALEX R. MUNSON
Judge

3