FILED
Clerk
District Court

JUN 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TRANSPACIFIC EXPORT COMPANY LLC,

Plaintiff(s),

v.

MARY ANN S. MILNE

Defendant(s).

CIVIL ACTION NO. CV- 05-0032

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the 23RD day of June, 2006 at 2:46 a.m./p.m. I personally served upon O'Connor Berman Dotts & Banes Law Offices, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☑ Other (specify) NOTICE OF DEPOSITION

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

1. ☑ By delivering it to ROWENA RELADO, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.
2. ☐ By delivering it to _____, who is the attorney representing _____ in the above referenced case.

The place where said service was made was: NAURU Bldg. Susupe, Saipan

The charge for service was: $ 20.00 .

Dated: June 26, 2006 .

_____/s/ Ramo/_____

DEPOSITION - Date: July 17, 2006 10:00 AM