**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Defendant Mary Ann S. Milne*

# UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, LLC, ) ) ) Plaintiff, ) ) vs. ) ) MARY ANN S. MILNE, ) ) Defendant. ) ) | CIVIL CASE NO. 05-0032<br><br><br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that a copy of **DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was served as follows:

By hand delivery on June 29, 2006 at 12:54 p.m. upon:

> Cristy Banjil for Eric S. Smith
> Former Mai Thai Building
> Garapan, Saipan, MP 96950

Dated this 29th day of June, 2006.

_____/s/_____
Timothy Wong O'Connor

K:\2000\2018-04 Milne\DOCS\Proof-060629-jom.doc