**MICHAEL W. DOTTS, Esq. - # F0150 (NMI)**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for the Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **TRANS PACIFIC EXPORT COMPANY LLC,** | ) ) ) | **CIVIL ACTION NO. 05-0032** |
| Plaintiff, | ) ) | **STIPULATION RE** |
| vs. | ) ) | **STATUS CONFERENCE** |
| **MARY ANN S. MILNE,** | ) ) | **Date: August 25, 2006** |
| | ) | **Time: 2:00 p.m.** |
| Defendant. | ) | **Judge: Alex R. Munson** |
| _____ | ) | |

The parties herein, represented by their respective counsels, hereby stipulate to hold a status conference on August 25, 2006 at 2:00 p.m.

August ____, 2006                                   O'Connor Berman Dotts & Banes
                                                                Attorney for Defendant
                                                                Mary Ann S. Milne


                                                                _____/s/_____
                                                                By: Michael W. Dotts

1

August ____, 2006                          Smith & Williams
                                           Attorneys for Plaintiff
                                           Transpacific Export Co., LLC.


                                           _____/s/_____
                                           By: Eric S. Smith


**ORDER**


    **BASED ON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING**, the Court hereby orders that a status conference be held on August 25, 2006 at 2:00 p.m.

    **IT IS SO ORDERED.**


    Dated: August ____, 2006.


                                           _____
                                           Judge Alex R. Munson


K:\2000\2018-04 Milne\PL\draft\2018-04-060823-StipStatusConf.doc