MICHAEL W. DOTTS, Esq. - # F0150 (NMI)
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

F I L E D
Clerk
District Court

AUG 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Attorneys for the Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC,      )<br>                                                                    )<br>                       Plaintiff,          )<br>          vs.                                              )<br>                                                                    )<br>MARY ANN S. MILNE,                       )<br>                                                                    )<br>                       Defendant.       )<br>_____) | CIVIL ACTION NO. 05-0032<br><br>STIPULATION RE<br>STATUS CONFERENCE<br><br>Date: August 25, 2006<br>Time: 2:00 p.m.<br>Judge: Alex R. Munson |

The parties herein, represented by their respective counsels, hereby stipulate to hold a status conference on August 25, 2006 at 2:00 p.m.

August ____, 2006

O'Connor Berman Dotts & Banes
Attorney for Defendant
Mary Ann S. Milne


_____/s/_____
By: Michael W. Dotts

1

| | |
|---|---|
| August ____, 2006 | Smith & Williams<br>Attorneys for Plaintiff<br>Transpacific Export Co., LLC. |
| | ____/s/_____<br>By: Eric S. Smith |

## ORDER

**BASED ON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING**, the Court hereby orders that a status conference be held on August 25, 2006 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August **24th**, 2006.

_____
Judge Alex R. Munson

K:\2000\2018-04 Milne\PL\draft\2018-04-060823-StipStatusConf.doc

2