**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Defendant Mary Ann S. Milne*

### UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **TRANS PACIFIC EXPORT COMPANY, LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **MARY ANN S. MILNE,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **CIVIL CASE NO. 05-0032** <br><br> **PROOF OF SERVICE** |

The undersigned hereby certifies that a copy of **SUBPOENA DUCES TECUM** was

served as follows:

By hand delivery on September 6, 2006 at around 1 p.m. upon:

      Claudine C. Babauta for Bank of Guam's Custodian of Records
      Bank of Guam Garapan Branch
      Garapan, Saipan, MP 96950

and

      Ma. Gracia Boongaling for Eric S. Smith
      Former Mai Thai Building
      Garapan, Saipan, MP 96950

Dated this 6th day of September, 2006.

_____/s/_____
Alexander Lopez

K:\2000\2018-04 Milne\DOCS\Proof-060906-jom.doc