SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan, MP 96950
Tel:  233-3334
Fax:  233-3336

Attorneys for Plaintiff

FILED
Clerk
District Court

SEP 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARY ANN S. MILNE,<br><br>    Defendant. | Civil Action No. CV 05-0032<br><br>**ORDER AFTER HEARING**<br><br>Date:  N/A<br>Time:  N/A<br>Judge:  Alex R. Munson |

This matter came to hearing on August 25, 2006 before Chief Judge Alex Munson for a status conference. Present for Plaintiff was Eric S. Smith. Michael Dotts was present representing Defendant.

The parties stipulated and the court ordered that the parties continue to meet and confer in an attempt to reach settlement. If settlement was not realized by September 13, 2006, the parties and counsel were to meet with the court at 9:00 a.m. on September 13, 2006, for a settlement conference.

**SO ORDERED**
Dated this 12th day of ~~August~~ SEPT 2006.

_____
ALEX R. MUNSON
Chief Judge