F I L E D
Clerk
District Court

SEP 1 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC, ) ) ) Plaintiff, ) vs. ) ) ) MARY ANN S. MILNE, ) ) Defendant. ) ) | CIVIL ACTION NO. 05-0032  [PROPOSED] ORDER ON MOTION TO CONTINUE TRIAL DATE |

Defendant, having moved to continue the trial date, and good cause having been shown, the Court ORDERS AS FOLLOWS:

1. The settlement conference set for October 6, 2006, at 8:30 a.m., shall remain as scheduled. Both Mary Ann Milne and George Stroemple are ordered to be physically present in Court for the settlement conference.

2. The date for expert disclosures is continued to October 20, 2006.

3. Expert discovery shall be completed by November 3, 2006.

1

4. All other discovery shall be completed by November 30, 2006.

5. The jointly prepared final pre-trial order shall be filed with the Court by 3:30 p.m., December 15, 2006. (Local Rule 16.2 CJ.e.9.)

6. A final pre-trial conference will be held on January 5, 2007, at 8:30 a.m.

7. Trial shall begin on January 16, 2007, at 9:00 a.m.

8. The Court will only permit five (5) days for the trial of this matter.

**SO ORDERED,**

Dated this 18th day of September, 2006

*Alex R. Munson*
Alex R. Munson
Judge

Approved as to form:

_____/s/_____
Eric Smith
Attorney for Plaintiff

Dated: September 15, 2006

K:\2000\2018-04 Milne\PL\draft\Order Continue Trial-060914-jom.doc

RECEIVED

Clerk
District Court
The Northern Mariana Islands

2