**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Defendant Mary Ann S. Milne*

## UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, LLC, ) ) ) Plaintiff, ) ) vs. ) ) MARY ANN S. MILNE, ) ) Defendant. ) ) | CIVIL CASE NO. 05-0032  PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **SUBPOENA DUCES TECUM** was served as follows:

By hand delivery on September 22, 2006 upon:

    Claudine C. Chong for Bank of Guam's Custodian of Records
    Bank of Guam Garapan Branch
    Garapan, Saipan, MP 96950

and

    Ma. Gracia Boongaling for Eric S. Smith
    Former Mai Thai Building
    Garapan, Saipan, MP 96950

Dated this 26th day of September, 2006.

                                      _____/s/_____
                                      Rosemarie Agulto

K:\2000\2018-04 Milne\DOCS\Proof-060926-jom.doc