**MICHAEL W. DOTTS, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Defendant Mary Ann S. Milne*

### UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, ) LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARY ANN S. MILNE, )<br>)<br>Defendant. )<br>_____ ) | CIVIL CASE NO. 05-0032<br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **NOTICE OF DEPOSITION** was served as follows:

By hand delivery on September 28, 2006 upon:

      Ma. Gracia Boongaling for George Stroemple
      c/o Eric S. Smith Law Offices
      Former Mai Thai Building
      Garapan, Saipan, MP 96950

Dated this 29th day of September, 2006.

                            _____/s/_____
                            Rosemarie Agulto

K:\2000\2018-04 Milne\DOCS\Proof-060929-jom.doc