F I L E D
Clerk
District Court

APR - 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT ) <br> COMPANY, L.L.C., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MARY ANN S. MILNE, ) <br> ) <br> Defendant ) <br> _____ ) | Civil Action No. 05-0032 <br><br> ORDER TO SHOW <br> CAUSE WHY CASE <br> SHOULD NOT BE <br> DISMISSED |

In September, 2006, the parties represented to the court that this matter had been fully settled between them and that appropriate documents would be filed with the court reflecting the settlement. To date, nothing has been filed. Accordingly,

IT IS ORDERED that counsel shall appear Friday, April 6, 2007, at 9:00 a.m. to show cause why this matter should not be dismissed. If the parties have filed appropriate documents with the court prior to that date and time that show the

AO 72
(Rev. 08/82)

matter has been fully resolved and that the court may immediately close its file, the hearing shall come off-calendar without further order of the court.

DATED this 2nd day of April, 2007.

                                              /s/ Alex R. Munson
                                              ALEX R. MUNSON
                                                    Judge