# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0032                                                April 6, 2007
                                                          8:55 a.m.

**Trans Pacific Export Co., LLC -vs- Mary Ann S. Milne**

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             Michelle C. Macaranas, Courtroom Deputy
             Eric Smith, Attorney for Plaintiffs
             Michael Dotts, Attorney for Defendants

PROCEEDINGS:   MOTION FOR ORDER TO SHOW CAUSE

   Plaintiffs were represented in court by Attorney Eric Smith. Attorney Michael Dotts was present on behalf of the defendants.

   Attorney Smith argued on behalf of the Plaintiffs and apprised the Court with regards to the status of the settlement agreement. Attorney Dotts argued on behalf of the defendants.

   Court, after hearing arguments, set this matter for a status conference on April 20, 2007 at 10:00 a.m.

                                            Adjourned 9:10 a.m.

                                            */s/* Michelle C. Macaranas, Courtroom Deputy