F I L E D
Clerk
District Court

APR - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, L.L.C., ) ) ) Plaintiff ) ) v. ) ) MARY ANN S. MILNE, ) ) Defendant. ) ) | Civil Action No. 05-0032<br><br>ORDER SCHEDULING STATUS CONFERENCE |

A status conference in the above case is scheduled for **Friday, April 20, 2007 at 10:00 a.m.**

IT IS SO ORDERED.

Dated this 6th day of April, 2007.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)