| | |
|---|---|
| 1 | SMITH & WILLIAMS |
| 2 | Attorneys at Law<br>P.O. Box 5133 CHRB |
| 3 | Saipan, MP  96950<br>Tel:    233-3334 |
| 4 | Fax:   233-3336 |
| 5 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MARY ANN S. MILNE,<br><br>    Defendant. | Civil Action No. CV-05-0032<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   May 4, 2007<br>Time:   9:30 a.m. |

The parties, through their attorneys, respectfully request that the status conference presently set for April 20, 2007, be continued to May 4, 2007, at 9:30 a.m.

Counsel for Defendant, Mary Ann Milne, Robert O'Connor, has a medical condition which required him to go to the mainland United States for further consultation and perhaps surgery.  Robert O'Connor has been the primary attorney of his law firm that has been working with counsel for the Plaintiff, Eric  Smith, to memorialize the settlement agreement and lease agreement as a result of a settlement approved by the Court.  Because Mr. O'Connor is not scheduled to be back on Saipan prior to the current status conference of April 20, 2007, the parties have agreed to continue this matter to a date that has previously been approved by the court, May 4, 2007, at 9:30 AM.

SO STIPULATED.

1

2  Date:  April 13, 2007                                              /S/
                                                            ERIC S. SMITH
3                                                         Attorney for Plaintiff

4

5

6

7  Date:  April 13, 2007                                              /S/
                                                           MICHAEL DOTTS
8                                                        Attorney for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28