FILED
Clerk
District Court

APR 16 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ANN S. MILNE,<br><br>Defendants. | Civil Action No. 05-0032<br><br><u>Order Continuing Status Conference</u> |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

Michael W. Dotts
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

PURSUANT to agreement of the Court and the parties, the Status Conference presently set for April 20, 2007, is continued to Friday, May 4, 2007, at 9:30 a.m.

IT IS SO ORDERED.

DATED this 16th day of April, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)