**Robert Tenorio Torres**, Bar No.
Attorney at Law
Playa Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950
Tel: (670) 234-7859
Fax: (670) 234-5749

Attorney for defendant Mary Ann S. Milne

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, LLC<br><br>Plaintiff,<br><br>vs.<br><br>MARY ANN S. MILNE,<br><br>Defendant. | Civil Action No. 05-0032<br><br>SUBSTITUTION OF COUNSEL |

**NOTICE IS HEREBY GIVEN THAT ROBERT T. TORRES, ESQ.**, hereby enters his appearance on behalf of defendant Mary Ann S. Milne in substitution for counsel **Robert J. O'Connor, Esq.**

Please serve and deliver all notices, pleadings, and other documents concerning this matter directly to and on counsel at the following address:

ROBERT T. TORRES
Attorney at Law
Plata Drive, Whispering Palms (Chalan Kiya)
Saipan, MP 96950

Telephone no.: 670-234-7859; Fax no.: 670-234-5749

## WITHDRAWAL OF COUNSEL

**ROBERT J. O'CONNOR, ESQ.**, hereby withdraws as counsel for defendant in this civil action and consents to this substitution by **ROBERT T. TORRES, ESQ.**, in his place and stead.

Dated this 21st day of May 2007.

_____
Robert J. O'Connor

## ACCEPTANCE OF REPRESENTATION

**ROBERT T. TORRES, ESQ.**, hereby consents to and accepts the representation of the defendant in this civil action.

_____
Robert T. Torres