FILED
Clerk
District Court

OCT 22 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY, L.L.C., <br><br> Plaintiff <br><br> v. <br><br> MARY ANN S. MILNE, <br><br> Defendant | Civil Action No. 05-0032 <br><br> ORDER VACATING ORDER DISMISSING LAWSUIT and RE-OPENING FILE |

This lawsuit was filed October 31, 2005. By case management scheduling order of March 31, 2006, trial was set for November 6, 2006. The docket reflects that several status and settlement conferences were set, continued at the request of the parties, and finally held during the course of the year after the complaint was

AO 72
(Rev. 08/82)

filed. In September, 2006, the parties represented to the court that this matter had been fully settled between them and that appropriate documents would be filed with the court reflecting the settlement. When no settlement documents were ever filed, the court set an order to show cause for April 6, 2007. That hearing was continued at the request of the parties until April 20, 2007, but was never held due to the ill health of one counsel. On May 21, 2007, a substitution of counsel was filed. Since that date, nothing has been filed and the court dismissed the lawsuit for failure to prosecute, by order dated October 19, 2007.

This morning the court received an e-mail from plaintiff's counsel, who has been off-island since August 15, 2007, and is not expected to return to the island until late November, 2007. The e-mail was in the nature of a motion to vacate the court's order of dismissal. In it, plaintiff's counsel represented, as an officer of the court, that the matter is settled except for some language in the agreement and the lease, which will need the court's assistance to finalize.

Since this lawsuit was originally filed, the court has participated in settlement conferences in this matter, at the conclusion of which conferences both counsel and the court believed settlement had been reached, only to learn later that what had apparently been agreed upon was no longer acceptable. Based upon the settlement conferences and the representations that the matter was settled, the court removed the trial from the trial calendar.

Given the labored history of this matter, and given counsel's extended absence from the district, and in the interests of conserving the resources of the court and the parties, and, most important, given counsel's representations as an officer of the court that settlement has been reached except for some language in the two agreements, the court will treat the e-mail as a properly filed motion. Accordingly,

IT IS ORDERED:

(1) The court's October 19, 2007, order dismissing this matter be and hereby is vacated and the file is re-opened; and,

(2) The court will participate in a final effort to help the parties agree upon mutually-acceptable language in the agreements, at a conference to begin at 8:30 a.m., Friday, November 30, 2007.

DATED this 22nd day of October, 2007.

_____
ALEX R. MUNSON
Judge