FILED
Clerk
District Court

NOV 23 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ANN S. MILNE,<br><br>Defendants. | Civil Action No. 05-0032<br><br>Order Rescheduling<br>Settlement Conference |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

The Settlement Conference scheduled for Friday, November 30, 2007, is rescheduled to Tuesday, December 4, 2007, at 10:00 a.m.

IT IS SO ORDERED.

DATED this 23rd day of November, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)