# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-05-0032                                                December 4, 2007
                                                          10:55 a.m.


**TRANS PACIFIC EXPORT COMPANY  -vs- MARY ANN S. MILNE**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Eric Smith, Attorney for Plaintiffs
                Robert Torres, Attorney for Defendants
                Lillian A. Tenorio, Attorney for Defendants

PROCEEDINGS:    HEARING ON TERMS OF SETTLEMENT AGREEMENT

    Attorney Robert Torres memorialized to the Court the terms of the settlement agreement as he understood it.  Attorney Eric Smith concurred.


                                    Adjourned 11:00 a.m.


                                    */s/* K. Lynn Lemieux, Courtroom Deputy