| | |
|---|---|
| SMITH & WILLIAMS<br>Attorneys at Law<br>P.O. Box 5133 CHRB<br>Saipan, MP 96950<br>Tel: 233-3334<br>Fax: 233-3336<br><br>Attorneys for Plaintiff | F I L E D<br>Clerk<br>District Court<br><br>DEC -5 2007<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT COMPANY LLC,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MARY ANN S. MILNE,<br><br>　　　　Defendant. | Civil Action No. CV 05-0032<br><br>**MOTION TO<br>DISMISS ACTION WITH PREJUDICE**<br><br>Date:　N/A<br>Time:　N/A<br>Judge:　Alex R. Munson |

　　　The parties have entered into a settlement agreement that was stated on the record and memorialized in an executed written document filed with the court on this date that fully settles all issues in this action. Based upon the settlement agreement, the Plaintiff hereby moves to dismiss the action with prejudice.

　　　Dated this 4th day of December 4, 2004.

　　　　　　　　　　　　　SMITH & WILLIAMS
　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　ERIC S. SMITH