F I L E D
Clerk
District Court

DEC -7 2007

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| TRANS PACIFIC EXPORT COMPANY, L.L.C., | ) ) ) | Civil Action No. 05-0032 |
| Plaintiff | ) ) | |
| v. | ) ) ) | ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE and CLOSING FILE |
| MARY ANN S. MILNE, | ) ) | |
| Defendant | ) ) | |

BASED UPON the December 5, 2007, motion of the parties to dismiss this action with prejudice based upon their settlement agreement, and good cause appearing therefrom; NOW, THEREFORE,

AO 72
(Rev. 08/82)

IT IS ORDERED that this lawsuit be and hereby is dismissed with prejudice; and,

IT IS FURTHER ORDERED that any and all other pending matters be and hereby are dismissed as moot; and,

IT IS FURTHER ORDERED that this file be and hereby is closed.

DATED this 7th day of December, 2007.

_____
ALEX R. MUNSON
Judge